EFFELL REALTY CORPORATION, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued November 21, 1939; decided December 28, 1939.

*William C. Chanler, Corporation Counsel* (*Arthur A. Segall* and *Hyman W. Kehl* of counsel), for appellant.

*Alexander E. Rosenthal* and *Irving Segal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: FINCH, J. Taking no part: O'BRIEN, J.